KATHERINE A. MANUEL, CA Bar No. 340838
katherine.manuel@ogletree.com
GRAHAM M. HELM, CA Bar No. 316002
graham.helm@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC d/b/a SANDIA
NATIONAL LABORATORIES

ASHWIN LADVA, CA Bar No. 206140
ladvalaw@gmail.com
SCOTT NAKAMA, CA Bar No. 296732
snakama@ladvalaw.com
LADVA LAW FIRM
240 Stockton Street, 8th Floor
San Francisco, CA 94133
Telephone:    415-296-8844
Facsimile:    415-296-8847

Attorneys for Plaintiff
SEAN HOWARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HOWARD,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL TECHNOLOGY AND ENGINEERING SOLUTIONS OF SANDIA, LLC d/b/a SANDIA NATIONAL LABORATORIES and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 3:25-cv-06940-TSH<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION; ORDER**<br><br>Complaint Filed:  April 29, 2025<br><br>Trial Date:        August 16, 2027<br>Judge:             Hon. Thomas S. Hixson |

JOINT STIPULATION WITH  ORDER TO EXTEND DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

Plaintiff SEAN HOWARD ("Plaintiff") and Defendant NATIONAL TECHNOLOGY AND ENGINEERING SOLUTIONS OF SANDIA, LLC d/b/a SANDIA NATIONAL LABORATORIES ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 7, 2025, the Court ordered the Parties to complete court-sponsored mediation by February 5, 2026 (within 90 days of the Court's Order);

WHEREAS, due to the collective availability of the Parties, their respective counsel, and the court-appointed mediator, the Parties are unable to complete mediation by February 5, 2026; and

WHEREAS, the Parties have agreed to schedule the mediation for March 9, 2026, which they believe would be beneficial and is almost a year before the Court ordered deadline to file dispositive motions (deadline is February 25, 2027);

NOW, THEREFORE, the Parties hereby stipulate and agree to extend the Parties' deadline to complete court-sponsored mediation from February 5, 2026, to March 9, 2026.

**IT IS SO STIPULATED.**

DATED:  February 5, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   *s/ Graham M. Helm*
KATHERINE A. MANUEL
GRAHAM M. HELM

Attorneys for Defendant
NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA,
LLC d/b/a SANDIA NATIONAL
LABORATORIES

JOINT STIPULATION WITH  ORDER TO EXTEND DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

DATED:  February 5, 2026                    LADVA LAW FIRM


                                            By: _s/ Scott Nakama_
                                                ASHWIN LADVA
                                                SCOTT NAKAMA

                                            Attorneys for Plaintiff
                                            SEAN HOWARD

JOINT STIPULATION WITH  ORDER TO EXTEND DEADLINE TO COMPLETE COURT-
SPONSORED MEDIATION

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 5, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   _s/ Graham M. helm_
      KATHERINE A. MANUEL
      GRAHAM M. HELM

Attorneys for Defendant
NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA,
LLC d/b/a SANDIA NATIONAL
LABORATORIES

JOINT STIPULATION WITH  ORDER TO EXTEND DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 6, 2026

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

95376516.v1-OGLETREE

Case No. 3:25-cv-06940-TSH

ORDER